No. 85, Misc.   SHANNON v. UNION BARGE LINE CORP.
C. A. 3d Cir.   Certiorari denied.   *Victor Rabinovitz* for
petitioner.   *Selim B. Lemle* for respondent.

No. 88, Misc.   PIERCE v. UNITED STATES.   United
States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Edward A. McCabe* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 90, Misc.   RUBINO v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 92, Misc.   FREY v. ILLINOIS.   Supreme Court of
Illinois.   Certiorari denied.

No. 93, Misc.   FOWLER v. NEW YORK.   Supreme Court
of New York, Appellate Division, Third Department.
Certiorari denied.

No. 94, Misc.   RIVERS v. INDIANA ET AL.   Circuit Court
of St. Joseph County, Indiana.   Certiorari denied.

No. 96, Misc.   MIMMS v. CALIFORNIA.   Supreme
Court of California.   Certiorari denied.

No. 97, Misc.   KERR v. TEETS, WARDEN.   C. A. 9th
Cir.   Certiorari denied.

No. 98, Misc.   STELLOH v. WISCONSIN.   Supreme
Court of Wisconsin.   Certiorari denied.